IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 4:19-cr-00212 |
| v. | ) |
| | ) |
| RANDALL LEE COMLY, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' RESPONSE TO CLAIM**

The United States responds to the claim filed by Craig Bywaters (DCD 71) as follows:

1. A Preliminary Order of Forfeiture was entered on May 4, 2020 forfeiting certain property. (DCD 43.)

2. On November 16, 2020, Craig Bywaters filed a claim seeking the return of property included in the Preliminary Order of Forfeiture, namely, a Smith & Wesson, model 48, .22 magnum (MRF) revolver (SN: K386814).

3. Claimant Bywaters states that the firearm was stolen from him and that the firearm was a gift from his father.

4. The United States has confirmed that Claimant appears to be the last-known owner of record of this firearm, and has verified with the Stuart, Iowa Police Department that Claimant reported the firearm stolen from his residence in October 2018.

5. The United States has no objection to returning the described firearm upon completion of the criminal case, including any appeal; and upon verification Craig Bywaters is not prohibited from possessing firearms under applicable state or

federal law. At this point, a criminal background check on Mr. Bywaters did not reveal and disqualifying information.

                    Respectfully Submitted,

                    Marc Krickbaum
                    United States Attorney

By: */s/ Craig Peyton Gaumer*
     Craig Peyton Gaumer
     Assistant United States Attorney
     U. S. Courthouse Annex, Suite 286
     110 East Court Avenue
     Des Moines, Iowa 50309
     Tel: (515) 473-9300
     Fax: (515) 473-9292
     Email: craig.gaumer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

  X  U.S. Mail     Fax     Hand Delivery  X  ECF/Electronic filing  X  Other means

Craig Bywaters

                    UNITED STATES ATTORNEY
              By: */s/ S. Howard*
                    Paralegal II, Contractor